NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**XEROX CORPORATION,**
*Appellant*

**v.**

**META PLATFORMS, INC., FKA FACEBOOK, INC.,**
*Appellee*

———————————————

2023-1714

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01264.

———————————————

Decided: June 17, 2025

———————————————

KYLE N. RYMAN, McKool Smith, P.C., Austin, TX, argued for appellant. Also represented by JAMES ELROY QUIGLEY; KEVIN L. BURGESS, Marshall, TX; ALEXANDRA FIGARI EASLEY, DAVID SOCHIA, Dallas, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for appellee. Also represented by DANIEL JEDEDIAH KNAUSS, MARK R. WEINSTEIN.

———————————————

2 XEROX CORPORATION v. META PLATFORMS, INC.

Before STOLL, CLEVENGER, and CUNNINGHAM, *Circuit Judges.*

STOLL, *Circuit Judge.*

In our opinion in *Xerox Corp. v. X Corp.*, No. 23-1913 (Fed. Cir. June 17, 2025), issued concomitantly with this opinion, we affirmed the decision of the Patent Trial and Appeal Board holding all claims (1–18) of U.S. Patent No. 7,043,475 unpatentable under 35 U.S.C. § 103. The instant appeal involves a subset of those very claims: 1–3, 5, 7, 10–12, and 15–16. For the reasons we explained in *Apple Inc. v. Voip-Pal.com, Inc.*, 976 F.3d 1316, 1321 (Fed. Cir. 2020), this appeal is rendered moot in light of our decision in *X Corp.* Accordingly, we dismiss this appeal.

**DISMISSED**

COSTS

No costs.